UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

COLUMBIA PETROLEUM, INC.                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:09cv620-DPJ-JCS

DENBURY ONSHORE, LLC                                                       DEFENDANT

## ORDER

Whereas the parties agree that this case should be stayed pending the Plaintiff's exhaustion of administrative remedies before the Mississippi State Oil and Gas Board,

IT IS, THEREFORE, ORDERED that this case be administratively closed, to be reopened by the motion of either party within two years from this date. Nothing contained in this order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party may initiate proceedings by moving to reopen the case. If reopened by motion of any party, the case will retain its original filing date for statute of limitations purposes. If neither party so moves within two years, the case shall be dismissed without prejudice.

**SO ORDERED** this the 8th day of December, 2009.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE